IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Criminal Case No.: 08-po-00054-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DENNIS K. BENBOW,

    Defendant.

---

## ORDER

---

This matter came before the Court on January 13, 2009. Wyatt Angelo, AUSA appeared for the Government, Jerry Tompkins appeared for the Defendant.

Mr. Tompkins asked the Court to waive the Defendant's presence and to permit that this matter be handled pursuant to the provisions of Federal Rules of Criminal Procedure, Rule 43.

The Defendant shall file a motion with the Court requesting the Court to permit arraignment, plea and sentencing to occur in the Defendant's absence.

The motion shall include the Defendant's written consent.

The matter is continued to March 09, 2009 at 9:00 a.m. (MST)

If the Defendant has fully complied with the provisions of Rule 43 the Defendant may appear at the hearing on March 09, 2009 by phone to the Court at 970.241.2187.

Dated this 16th day of January, 2009.

BY THE COURT:

*(signature)*

Gudrun J. Rice
U.S. Magistrate Judge