AO 245H (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT
## District of Colorado

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>DENNIS K. BENBOW | **Judgment in a Criminal Case**<br>(For a Petty Offense) — Short Form<br><br>Case No. 08-po-00054-GJR<br>USM No.<br><br>Jerry Tompkins<br>Defendant's Attorney |

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded guilty to count(s)  One of Information

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36 C.F.R. § 261.13 | Operate off highway vehicle off designated road, routes, and trails | 11/01/2008 | One |

☑ Count(s)  Two and Three    ☐ is  ☑ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

| | **Assessment** | **Fine** |
|---|---|---|
| Total: $210.00 | $ 10.00 | $ 200.00 |

Last Four Digits of Defendant's Soc. Sec. No.: 4152

Defendant's Year of Birth: 1946

City and State of Defendant's Residence:
Orlando, FL

03/09/2009
Date of Imposition of Judgment

*/s/ Laird T. Milburn*
Signature of Judge

Laird T. Milburn    Magistrate Judge
Name and Title of Judge

03/11/2009
Date